IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S 02-351-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF CONTINUING |
| v. | ) | GARNISHMENT PURSUANT TO |
| | ) | STIPULATION (Voluntary) |
| MARK A. ROMANDIA, | ) | |
| | ) | |
| | ) | |
| Defendant and | ) | |
| Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WASTE MANAGEMENT, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

    Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

    IT IS HEREBY ORDERED that the garnishee Waste Management shall withhold each pay period and remit to the United States District

\\\\

\\\\

\\\\

1 | Court, $75.00 of defendant's disposable earnings**\***, until the judgment
2 | is paid in full, or until further order of the Court.
3 | DATED: 11/14/07
4 | /s/ Gregory G. Hollows
5 | United States Magistrate Judge
6 |
7 | **\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)
8 |
9 |
10 |
11 | romandia.ord